UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOYCE MEYERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-833 RLW |
| CREDIT CONTROL, LLC, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

In accordance with the parties' Stipulation of Dismissal (ECF No. 30),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear its own costs.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 10th day of January, 2024.